**Judgment in a Civil Case**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JEAN PHILLIPS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 05-CV-760-PMF |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| Defendant. | ) |

# AMENDED JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came to trial before the Court. The issues have been tried and a decision rendered.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that judgment be, and it is, hereby, entered in favor of Plaintiff **Jean Phillips** and against Defendant **United States of America** in the amount of $**8,458,294.00**.

DATED: February 11, 2009.         KEENAN G. CASADY, CLERK

By: s/Karen R. Metheney
         Deputy Clerk

**APPROVED:**

*s/ Philip M. Frazier*
**HON. PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**